IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 02452** BNB   DEC 6 - 2006

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

PAUL EDWARD JOHNSON,

    Plaintiff,

v.

RAYMOND RUIZ,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 and a Complaint  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __     is not submitted
(2)   __     is not on proper form (must use the court's current form)
(3)   __     is missing original signature by Plaintiff
(4)   __     is missing affidavit
(5)   X     affidavit is incomplete

(6)   ___   affidavit is not notarized or is not properly notarized

(7)   ___   names in caption do not match names in caption of complaint, petition or application

(8)   ___   An original and a copy have not been received by the court. Only an original has been received.

(9)   ___   other _____

**Complaint or Petition**:

(10)   ___   is not submitted

(11)   ___   is not on proper form (must use the court's current form)

(12)   ___   is missing an original signature by the Plaintiff

(13)   ___   is incomplete

(14)   ___   uses et al. instead of listing all parties in caption

(15)   ___   An original and a copy have not been received by the court. Only an original has been received.

(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   ___   names in caption do not match names in text

(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form: a Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___6th___ day of ___December___, 2006.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   06 - CV - 02452 - BnB

Paul E. Johnson
3520 Oxford Ave.
Denver, CO 80236

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on _12-6-06_

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                              Deputy Clerk